Jay K. Chien, SBN 251343
Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone: (714) 621-0200  Fax (714) 621-0277

Chapter 13 Trustee

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In re:

Melinda Bonnie Underwood

Debtor(s).

CASE NUMBER 8:16-bk-14768-TA

CHAPTER 13

**TRUSTEE'S COMMENTS ON OR OBJECTION**

[No Hearing Required]

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**

☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**

☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**

☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**

☐ **OTHER:**

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on __5/26/17__ as docket entry number ____69____, recommends:

☐ APPROVAL

   ☐ See attached sheet.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1       **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

☒    APPROVAL on the following conditions:

The Chapter 13 Trustee recommends approval of Motion for escrow to pay only the lien(s) of Carrington Mortgage Services, the Orange County Tax Collector, and usual and customary escrow fees and charges.

At time of conversion of this case from chapter 7 to chapter 13 on 2/2/2017, Debtor was delinquent on pre-conversion mortgage payments and property tax payments on the subject property. Creditor Carrington Mortgage Services filed a motion for relief from the automatic stay prior to conversion of the case identifying arrears of $28,060.48 and on-going payments of $4,008.64 per month. Two months have passed between the motion for relief and conversion of the case. Trustee estimates pre-conversion mortgage arrears owed to Carrington of $36,077.76. Debtor has identified delinquent property taxes of $4,246.00 owed to the Orange County Tax Collector.

**Therefore, Trustee recommends terms as follows:  To simplify the recording of documents, escrow shall disburse the estimated balance of the secured arrears claim(s) of Carrington Mortgage Services and the Orange County Tax Collector in the amounts of $36,077.76 and $4,246.00, respectively, on behalf of the Trustee and the Trustee is authorized to take his fee of up to $4,480.42 for this disbursement. The Chapter 13 Trustee will make demand for all net proceeds to be disbursed to Debtor(s)' creditors and to pay up to 100% of the general unsecured creditors. The Court shall retain jurisdiction as to all funds and property of the estate from this sale until further order(s) of this Court and all funds and property of the estate do not revest in the Debtor pursuant to 11 U.S.C. § 349(b)(3). Upon the Trustee's final audit of Debtor(s)' case, all remaining funds, if any, will be refunded to the Debtor(s). The Chapter 13 Trustee reserves the right to demand additional funds as necessary upon review of the Claims Register on file with the Clerk of the Bankruptcy Court.**

**Further, Trustee notes that this Motion cannot operate as a modification of the plan as this Motion only authorizes Debtor(s) and Creditor to enter into a sale agreement. It is not proof that a sale itself is entered into. Therefore, no order on this Motion should seek the Trustee to stop paying on any claims on the property. Debtor(s) must submit a final closing statement of the sale to the Trustee or otherwise obtain from creditor a withdrawal of any proof of claim filed on the property.**

If Debtor(s) agree, Debtor(s) are to file a declaration re non-receipt of objection to the motion on or after 6/13/17 if no objection is filed by other parties. Debtor(s)' Attorney to upload an electronic order approving the motion if Debtor(s) agree and no party objects or setting the motion for a hearing if Debtor(s) disagree or a party files an objection to the motion.

☐    See attached sheet.

☐    DISAPPROVAL for the following reasons:

☐    See attached sheet.

☐    Set for hearing.

Dated:  6/5/2017                                          /s/   Amrane Cohen
                                                                       Amrane Cohen, Chapter 13 Trustee

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page 2          **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

**[THIS PAGE INTENTIONALLY LEFT BLANK.]**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 3      **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 The City Drive South, Suite 8500, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S COMMENTS ON OR OBJECTION TO: DEBTOR'S MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/5/17, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

-- Amrane Cohen   efile@ch13ac.com; United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
Richard G Heston rheston@hestonlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/5/17, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Melinda Bonnie Underwood
2140 Loggia
Newport Beach, CA 92660

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/5/17 | Aldo Amaya | /s/ Aldo Amaya |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 4          **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

**Trustee action:**

[8:16-bk-14768-TA Melinda Bonnie Underwood](#) **Converted** 02/02/2017

Type: bk | Chapter: 13 v | Office: 8 (Santa Ana)
Assets: y | Judge: TA | Case Flag: CONVERTED

## U.S. Bankruptcy Court

## Central District of California

Notice of Electronic Filing

The following transaction was received from Amrane (SA) Cohen (TR) entered on 6/5/2017 at 2:38 PM PDT and filed on 6/5/2017

**Case Name:**     Melinda Bonnie Underwood
**Case Number:**   [8:16-bk-14768-TA](#)
**Document Number:** [76](#)

**Docket Text:**
Trustee's Comments on or Objection to *Debtor's Motion to Modify Plan or Suspend Plan Payments*. Filed by Trustee Amrane (SA) Cohen (TR) (RE: related document(s)[69] Motion For Sale of Property of the Estate under Section 363(b) - No Fee Filed by Debtor Melinda Bonnie Underwood (Attachments: # 1 Exhibit Exhibit 1) (Heston, Richard) WARNING: Item subsequently amended by docket entry [73] Modified on 5/30/2017. filed by Debtor Melinda Bonnie Underwood). (Cohen (TR), Amrane (SA))

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 1614768-69_403.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=6/5/2017] [FileNumber=87781481-0
] [87955a8bfe13014d5879784a15901b2ef8056694894dc8c4494df33a6ba07f18604
b65eca5d79391b82a08794d874c6f16e42ba46a3e4a38f576e9ed9dfda489]]

**8:16-bk-14768-TA Notice will be electronically mailed to:**

Brian C Andrews on behalf of Non-Filing Spouse Jeffrey Maur
james@briancandrews.com, andrewslawgroupinc@gmail.com;r44711@notify.bestcase.com

Violina Brown on behalf of Creditor MECHANICS BANK fka CALIFORNIA REPUBLIC BANK
vbrown@crbauto.com

Amrane (SA) Cohen (TR)
efile@ch13ac.com

Richard G Heston on behalf of Debtor Melinda Bonnie Underwood
rheston@hestonlaw.com,
eblanco@hestonlaw.com,docs@hestonlaw.com,assistant@hestonlaw.com;r41032@notify.bestcase.com

Bonni S Mantovani on behalf of Creditor Carrington Mortgage Services, LLC
bmantovani@pralc.com;ecfcca@ecf.courtdrive.com

Cassandra J Richey on behalf of Creditor Carrington Mortgage Services, LLC
ecfcca@ecf.courtdrive.com

Cassandra J Richey on behalf of Interested Party Courtesy NEF
ecfcca@ecf.courtdrive.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

**8:16-bk-14768-TA Notice will not be electronically mailed to:**

Clarence Yoshikane
HOM/Sotheby's International Realty
1200 Newport Center Dr Ste 100
Newport Beach, CA 92660