Andrew E. Smyth (SBN 60030)
Stephen S. Smyth (SBN 248433)
William J. Smyth (SBN 265374)
SW SMYTH LLP
4929 Wilshire Boulevard, Suite 690
Los Angeles, California 90010
Telephone: (323) 933-8401
Facsimile: (323) 933-6089
office@smythlo.com

Attorneys for Debtors
Ronald Verland Dennis
Denise Jean Taylor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RONALD VERLAND DENNIS and<br>DENISE JEAN TAYLOR,<br><br><br><br><br><br>Debtor. | CHAPTER 13<br>BK. Case No. 8:15-bk-10154-TA<br><br>**DEBTORS' OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY PHH MORTGAGE CORPORATION; DECLARATION OF RONALD VERLAND DENNIS**<br><br>Date:   June 20, 2017<br>Time:   10:00am<br>Place:   Courtroom 5B<br>            411 West Fourth Street<br>            Santa Ana, CA 92701<br><br>Judge:   The Honorable Theodor Albert |

///

///

///

1

Debtors Ronald Verland Dennis and Denise Jean Taylor (the "Debtors") hereby oppose the Motion for Relief from Automatic Stay filed by PHH Mortgage Corporation. This opposition is supported by the following points and authorities and the Declaration of Ronald Verland Dennis.

## I. INTRODUCTION

Debtors Ronald Verland Dennis and Denise Jean Taylor hereby oppose Creditor PHH Mortgage Corporation's (the "Creditor") motion for relief from the automatic stay regarding the real property commonly known as 482 South Paseo Serena, Anaheim, CA 92807 (the "Subject Property"). Debtor requested a twelve (12) month adequate protection stipulation from the Creditor which will allow the Debtors to make up the missed post petition payments.

## II. STATEMENT OF FACTS

On January 12, 2015, Ronald Verland Dennis and Denise Jean Taylor filed for Chapter 13 Bankruptcy bearing case number 8:15-bk-10154-TA. The case was confirmed on April 15, 2015 with the following provisions: (1) monthly Plan payment of $330.49 per month for months 1 through 3. For months 4 to 22, the monthly Plan payment is 332.95. For months 23 to 25, the monthly Plan payment is $1,016.34. For months 26 to 60, the monthly Plan payment is $1,192.34. (2) The Plan provides for payment of 16.67% of allowed claims of general unsecured creditors. Exhibit A.

On or about May 26, 2017, the Debtors received this motion for relief from the automatic stay filed by PHH Mortgage. The substance of this motion is that the Debtor is delinquent on post petition mortgage payments in the amount of approximately $51,310.13. The Debtors reached out to Creditor to negotiate an adequate protection stipulation which will allow them to catch up on these delinquent post petition mortgage payments.

## III. ARGUMENT

### 1. **Debtors Requested from Creditor PHH Mortgage Corporation an Adequate Protection Stipulation In Order to Catch Up on the Delinquent Post Petition Mortgage Payments.**

Debtors Ronald Verland Dennis and Denise Jean Taylor reached out to Creditor PHH Mortgage to negotiate an adequate protection stipulation. An adequate protection stipulation spread out over twelve (12) months will allow the Debtors time to catch up on the delinquent amount. Unfortunately, co-Debtor suffered employment issues which have since been cleared

2

DEBTORS' OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY PHH MORTGAGE CORPORATION;
DECLARATION OF RONALD VERLAND DENNIS

up. In addition, Debtor has since retained a new job which will result in a higher salary amount. This will allow Debtors to make up the delinquent amount over the cure period. Debtors also propose to make a good faith down payment on the delinquent balance. Thus, if an adequate protection stipulation cannot be completed by the time of the hearing on this matter, the Debtors request a short continuance in order to complete negotiations.

## IV. CONCLUSION

Based on the foregoing, Debtors respectfully request that the Court not grant Creditor's motion for relief from stay and allow the Parties to work on negotiating an adequate protection stipulation.

DATED:    June 5, 2017                    Respectfully submitted,

                                          SW SMYTH LLP

                                          By: /s/
                                          **William J. Smyth**
                                          Attorney for Debtors

3

# DECLARATION OF RONALD VERLAND DENNIS
## IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

STATE OF CALIFORNIA        )
                           ) §§
COUNTY OF LOS ANGELES      )

I, RONALD VERLAND DENNIS, declare the following to be true and correct under the penalty of perjury:

1. I am one of the debtors in the Chapter 13 Bankruptcy filed on January 12, 2015 bearing case number 8:15-bk-10154-TA. I have personal knowledge of the facts stated in this declaration.

2. The case was confirmed on April 15, 2015 with the following provisions: (1) monthly Plan payment of $330.49 per month for months 1 through 3. For months 4 to 22, the monthly Plan payment is 332.95. For months 23 to 25, the monthly Plan payment is $1,016.34. For months 26 to 60, the monthly Plan payment is $1,192.34. (2) The Plan provides for payment of 16.67% of allowed claims of general unsecured creditors. Attached as Exhibit A is a true and correct copy of the order confirming Chapter 13 Plan.

3. On May 26, 2017, Creditor PHH Mortgage Corporation filed a motion for relief from the automatic stay regarding the real property commonly known as 482 South Paseo Serena, Anaheim, CA 92807 (the "Subject Property"). The substance of the Creditor's motion is that we are behind on my post petition mortgage payments in the amount of $51,310.13.

4. The reason we fell behind on post petition mortgage payments is my wife lost her job for a period of time. She has since retained new employment. I have also retained a new job which will result in a higher yearly salary. Thus, I reasonably believe we will be able to perform under an adequate protection agreement.

5. Through my attorney, I reached out to the Creditor to negotiate an adequate protection stipulation which will allow us to catch up on the delinquent post petition mortgage payment amount. We also propose to make a good faith down payment on the delinquent balance.

DEBTORS' OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY PHH MORTGAGE CORPORATION; DECLARATION OF RONALD VERLAND DENNIS

6. For the reasons stated above, I respectfully request that the Court allow the Parties time to negotiate an adequate protection stipulation.

I could and would testify to the above from personal knowledge if called upon to do so.

Executed this 5th day of June 2017, at Los Angeles, California.

_____
**Ronald Verland Dennis**
Declarant

5

DEBTORS' OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY PHH MORTGAGE CORPORATION;
DECLARATION OF RONALD VERLAND DENNIS

## EXHIBIT A

Case 8:15-bk-10154-TA    Doc 96    Filed 06/06/17    Entered 06/06/17 11:15:44    Desc

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Amrane Cohen<br>Chapter 13 Standing Trustee<br>770 The City Drive South<br>Suite 8500<br>Orange, CA 92868 | **FILED & ENTERED**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY deramus DEPUTY CLERK |
| Chapter 13 Trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA- <u>SANTA ANA</u> DIVISION

| In re:<br><br>Ronald Verland Dennis<br><br>Denise Jean Taylor<br><br><br><br><br>Debtor(s). | CASE NO.: 8:15-bk-10154-TA<br><br>CHAPTER: 13<br><br>**ORDER CONFIRMING<br>AMENDED CHAPTER 13 PLAN**<br><br>DATE:   April 15, 2015<br>TIME:   1:30 PM<br>COURTROOM: 5B<br>PLACE: 411 West 4th Street<br>Santa Ana, CA 92701-4593 |
|---|---|

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on <u>3/17/15</u>.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure. The debtor(s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a). The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1. Plan payments:

   a. ☐ The amount of each monthly plan payment is _. The due date is the _ day of each month for _ months. The Plan provides for the payment of <u>%</u> of allowed claims for general unsecured creditors.

   b. ☒ The amount of each monthly plan payment is <u>$330.49</u> for months <u>1 to 3</u>. For months <u>4 to 22</u>, the monthly plan payment is <u>$332.95</u>. For months <u>23 to 25</u>, the monthly plan payment is <u>$1,016.34</u>. For months <u>26 to 60</u>, the monthly plan payment is <u>$1,192.34</u>. The due date is the <u>12th</u> day of each month. The Plan provides for the payment of <u>16.67%</u> of allowed claims for general unsecured creditors.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by the debtor(s).

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

April 2010                                   Page 1                                   F 3015-1.21.ORDER

3. Other provisions:

   a. ☒ This is a base plan with the debtor(s) paying at least  $52,098.44  of disposable income into the Plan. The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%. The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

   b. ☒ The Trustee is authorized to make payment to holders of secured claims based on the Plan. However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

   c. ☒ Counsel for debtor(s) is awarded fees of  $4,000.00 ; having previously received  $1,200.00 , counsel is entitled to payment of  $2,800.00  from the estate.

   d. ☐ See attachment for additional provisions incorporated in this Order.

   e. ☒ Interlineations:

   | Confirmation is without prejudice to debtor(s) right to object to any claim filed in this case, either pre or post confirmation. This is a base plan with all tax refunds pledged into the plan for the duration of the plan. The plan base is set out in provision 3.a. of this order. |

###

Date: May 26, 2015

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

April 2010

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Page 2                                    F 3015-1.21.ORDER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4929 Wilshire Blvd, Suite 690
Los Angeles, CA 90010

A true and correct copy of the foregoing document described as **DEBTORS' OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY PHH MORTGAGE CORPORATION; DECLARATION OF RONALD VERLAND DENNIS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/06/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Amrane (SA) Cohen (TR)    efile@ch13ac.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Christina J O    christinao@mclaw.org, CACD_ECF@mclaw.org
- William J Smyth    office@smythlo.com, williamsmyth@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 06/06/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/06/2017 | Michelle Yi | /s/ Michelle Yi |
|---|---|---|
| Date | Printed Name | Signature |

6

DEBTORS' OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY PHH MORTGAGE CORPORATION; DECLARATION OF RONALD VERLAND DENNIS

**2. SERVED BY UNITED STATES MAIL**:

Judge's Copy
The Honorable Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

Attorney for Movant
Christina J. O
Malcolm Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612

DEBTORS' OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY PHH MORTGAGE CORPORATION;
DECLARATION OF RONALD VERLAND DENNIS